**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk
2500 Tulare Street
Fresno, CA 93721

**October 27, 2026**

**Case Number:** **1:26−CV−08733−DAD−CKD**

**Case Title:** **DENIS SHUTOV,** **vs.** **CHRISTOPHER CHESTNUT**

**Dear Litigant,**

**You are hereby notified that the above case number has been assigned to your action. You are to include it on all correspondence (e.g., letters, filings, and inquiries) sent to the court. Failure to do so results in delayed processing of your documents.**

**All matters in this action shall be sent to the following address until further notice:**

**Office of the Clerk**
**United States District Court**
**Eastern District of California**
**2500 Tulare Street , Suite 1501**
**Fresno, CA 93721**

**For timely processing of your filings or correspondence, please comply with our Local Rules of Court, in particular:**

**<u>Local Rule 133 (modified)</u> You are <u>not</u> required to send this court an original plus one copy of all documents submitted for filing (e.g., pleadings, motions, correspondence, etc.). You are <u>only</u> required to send this court the original for filing. <u>No</u> extra copies are required. <u>However</u>, if you desire to receive a conformed copy for your records, you must send the original <u>plus</u> one (1) copy <u>and</u> a pre−addressed postage−paid envelope for us to return your copy to you.**

**<u>Local Rules 250.1, 250.2, 250.3 and 250.4</u> Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.**

**<u>Local Rule 135</u> Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submitted to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.**

**Local Rule 130 (modified)** **Documents submitted to this court may be either typewritten or handwritten but must be legible, and writing shall be on one (1) side of the page only.**

**Local Rule 131** **Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.**

**Local Rule 140 (modified)** **You shall omit or partially redact personal data identifiers from your filings, including minors' names, financial account numbers, Social Security numbers, full dates of birth (use only the year), home addresses (use only the city and state); and any personally identifiable information that should be redacted by law.**

**Local Rules 182** **Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective. A sample Notice of Change of Address form is attached.**

**Other Provisions:**

**A complete copy of the Local Rules should be available in the prison library. We do not provide individual copies to litigants.**

**Request for Case Status.** **The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.**

**Copy Work.** **The Clerk's Office will provide copies of documents (in cases 2005−present) and of the docket sheet at $0.50 per page. Checks in the exact amount are payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies.**

**Proposed Orders.** **Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.**

**As noted, the requirements set forth in Local Rule 135 and 130 have been modified in this letter. These modifications apply to civil rights and habeas cases filed in the Fresno Division of the Eastern District of California by prisoners proceeding pro se (without counsel).**

/s/ *Keith Holland*

**Keith Holland, Clerk of Court**
**United States District Court**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

______________________________________
Plaintiff/Petitioner

v. **Case Number:**

______________________________________
Defendant/Respondent(s)

**PROOF OF SERVICE**

_____________________________________________/

**I hereby certify that on ___________________________________, I served a copy of the attached ____________________________________________________________________, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at**

_____________________________________________:

***(List Name and Address of each Defendant or Attorney Served)***

**I declare under penalty of perjury that the foregoing is true and correct.**

_____________________________________________
**(Signature of Person Completing Service)**

**Name:** ______________________________

**I.D. #:** ______________________________

**Address:** ___________________________________

___________________________________

___________________________________

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

_____________________________________
(Plaintiff/Petitioner)

v.

_____________________________________
(Defendant(s)/Respondent)

__________________________________________/

**Case Number:**

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE THAT *(print name)*** _____________________________________

**hereby submits a notice of change of address in the above − entitled case as follows:**

**OLD ADDRESS:** ______________________________________________________________

______________________________________________________________

**NEW ADDRESS:** ______________________________________________________________

______________________________________________________________

DATED: ________________________

________________________________________
**Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS FORM IN <u>EACH</u> OF YOUR OPEN CASES**